UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE SIMPSON,

    Plaintiff,

v.

CASE NO. 10-14328
Honorable Patrick J. Duggan

ROBERT AL-SHERIF, RANDY BECK,
KEVIN TASIEMSKI, CONNIE IGNASIAK,
KEITH GREEN, MARIA VISCONTI,
DARRYL JACKSON, DOUG FORD,
HUGH WOLFENBARGER, and
PATRICIA CARUSO,

    Defendants.
_____/

## JUDGMENT

On October 28, 2010, Plaintiff Jimmie Simpson ("Plaintiff") filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against Defendants. Plaintiff is a state prisoner currently incarcerated at the Kinross Correctional Facility in Kincheloe, Michigan. He has been granted leave to proceed without prepayment of the fees and costs for this action. In an Order issued on this date, the Court dismissed Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, finding that Plaintiff's Complaint fails to state a claim upon which relief may be granted.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is

**DISMISSED WITH PREJUDICE**.

DATE: December 21, 2010         s/PATRICK J. DUGGAN
                                UNITED STATES DISTRICT JUDGE

Copy to:
Jimmie Simpson, #183627
Kinross Correctional Facility
16770 S. Watertower Drive
Kincheloe, MI 49788